# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

DANA HARSHMAN,

    Plaintiff,

v.                                          Case No: 5:21-cv-246-RBD-PRL

WALGREENS,

    Defendant.

## ORDER

Before the Court are several motions, including four motions to compel (Docs. 19, 20, 21, 26) and two motions to strike (Docs. 23, 27). Plaintiff has moved to proceed *in forma pauperis* (Doc. 2) and the Court has given him the opportunity to file an amended complaint by May 28, 2021. (Doc. 17). Given the posture of the case, and because Plaintiff has not yet alleged viable claims, his motions (Docs. 19, 20, 21, 23, 26, 27) are due to be denied. To the extent Plaintiff is seeking the relief requested in his motions, it should be clearly plead in his amended complaint and not in separate motions to compel or strike.

Further, Plaintiff is cautioned that despite proceeding *pro se*, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult

the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on May 19, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties