UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANA HARSHMAN,

    Plaintiff,

v.                                                                        Case No: 5:21-cv-246-RBD-PRL

WALGREENS,

    Defendant.
_____

## ORDER

This matter is before the Court *sua sponte*. On May 24, 2021, this Court ordered Plaintiff to stop emailing chambers. (Doc. 31). Plaintiff subsequently emailed chambers several more times. On May 27, 2021, the Court ordered Plaintiff to stop emailing chambers again and warned him that that any failure to comply may result in sanctions. (Doc. 33). Plaintiff has since continued to email chambers. Under Local Rule 3.01(j), "[a] party must not use a letter, email, or the like to request relief or to respond to a request for relief."

The Court previously told Plaintiff that any email (and any attachment) sent to chambers is not part of the record in this case and any relief Plaintiff sought in the unauthorized emails is denied.

Accordingly, Plaintiff is **directed to show cause on or before July 1, 2021** as to why sanctions should not be imposed, including recommending dismissal for failure to comply with the Local Rules and the Court's Orders.

Additionally, given the posture of the case, Plaintiff's motion to strike (Doc. 37) and motions to compel (Doc. 41 & 44) are due to be denied. Plaintiff moved to proceed *in forma pauperis* and was given an opportunity to file an amended complaint. Plaintiff has since filed

an amended complaint and did not allege viable claims. The undersigned recommended denying the motion and dismissing Plaintiff's amended complaint. (Doc. 38).

**DONE** and **ORDERED** in Ocala, Florida on June 17, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties