UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANA HARSHMAN,**

    **Plaintiff,**

**v.**                                                **Case No: 5:21-cv-246-RBD-PRL**

**WALGREENS,**

    **Defendant.**

## ORDER

This case was closed on June 30, 2021. (Doc. 49). On July 12, 2021, Plaintiff filed a motion to compel (Doc. 51) and on July 19, 2021 he filed three motions to strike (Docs. 52, 53, 54). Plaintiff's motions (Docs. 51, 52, 53, 54) are STRICKEN because the case has already been closed.

**DONE** and **ORDERED** in Ocala, Florida on July 23, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties