UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANA HARSHMAN,**

    **Plaintiff,**

**v.**                                                                   **Case No: 5:21-cv-246-RBD-PRL**

**WALGREENS,**

    **Defendant.**

## ORDER

This case was closed on June 30, 2021. (Doc. 49). On August 2, 2021, Plaintiff filed a motion to compel (Doc. 57). Previously, Plaintiff filed four other motions that have since been stricken. Accordingly, Plaintiff's motion to compel (Docs. 57) is STRICKEN because the case has already been closed.

**DONE** and **ORDERED** in Ocala, Florida on August 4, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties